

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,485-02

**EX PARTE BRIAN ALLEN SCOTT, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
CAUSE NO. 21548C A-2 IN THE 278TH DISTRICT COURT
FROM WALKER COUNTY

*Per curiam*. YEARY, J. dissented.

## O P I N I O N

Applicant was convicted of attempted delivery of a controlled substance and sentenced to thirty-one days imprisonment pursuant to Texas. Penal Code Section 12.44(a). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that plea was involuntary because he was not informed that this plea would result in a felony conviction. Based on the record, the trial court has determined that Applicant's plea was involuntary because he believed this conviction was a misdemeanor and did not understand the consequences of his plea.

Relief is granted. *Brady v. United States*, 397 U.S. 742 (1970). The judgment in cause

number 21548-C in the 278th District Court of Walker County is set aside, and Applicant is remanded to the custody of the Sheriff of Walker County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: September 6, 2023
Do not publish